NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Knight v. New York City        Docket No.: 24-977

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Chase Henry Mechanick

Firm: New York City Law Department

Address: 100 Church Street, New York, NY 10007

Telephone: 212-356-0841    Fax:

E-mail: cmechani@law.nyc.gov

Appearance for: New York City; Keechant L. Sewell
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

✔ Additional counsel (co-counsel with: Devin Slack / New York City Law Department )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

✔ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on n/a    OR

☐ I applied for admission on _____ .

Signature of Counsel: _[signature]_

Type or Print Name: Chase Henry Mechanick

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Knight

**CERTIFICATE OF SERVICE***

Docket Number: 24-977

v.

New York City

I, Chase Henry Mechanick, hereby certify under penalty of perjury that
(print name)
on September 17, 2025, I served a copy of
(date)
Notice of appearance form and instructions for substitute, additional, or amicus counsel
(list all documents)

by (select all applicable)**

___ Personal Delivery          X United States Mail          ___ Federal Express or other Overnight Courier

___ Commercial Carrier         ___ E-Mail (on consent)

on the following parties:

| Cavalier D. Knight | 511 W. 165th Street, Suite 627 | New York | NY | 10032 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

9/17/2025
Today's Date

[signature]
Signature

Certificate of Service Form (Last Revised 12/2015)